IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| LORI ANN HOWARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-079 |
| | ) | |
| AUGUSTA RICHMOND COUNTY | ) | |
| COMMISSION, | ) | |
| | ) | |
| Defendant. | ) | |

**REVISED SCHEDULING ORDER**

Having reviewed Defendant's motion to extend discovery and revise scheduling order, the Court **GRANTS** the motion. (Doc. no. 36.) The revised schedule is as follows:

| | |
|---|---|
| CLOSE OF DISCOVERY | June 11, 2018 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | July 11, 2018 |

All provisions of the prior Scheduling Order (doc. no. 31) not revised herein shall remain in full force and effect. In addition, because Defendant seeks this extension in order to answer Plaintiff's interrogatories, Plaintiff's Motion to Compel is **MOOT**. (Doc. no. 34.)

SO ORDERED this 11th day of May, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA