# United States District Court
## Southern District of Georgia

LORI ANN HOWARD,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 117-079

AUGUSTA RICHMOND COUNTY COMMISSION,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated March 20, 2019, that Defendant's motion for summary judgment is granted; therefore, judgment is hereby entered in favor of Defendant. All deadlines are terminated and this case stands closed.

| | |
|---|---|
| 03/20/2019 | Scott L. Poff |
| *Date* | *Clerk* |
| | /s/ Jamie Hodge |
| | *(By) Deputy Clerk* |